Argued January 20, affirmed January 31, reconsideration denied March 16, petition for review denied April 12, 1977

# In the Matter of the Dissolution of the Marriage of
## CROMWELL, *Respondent,*
### *and*
## CROMWELL, *Appellant.*
### (75-18-E, 6740)
558 P2d 1306

Mark L. B. Wheeler, Salem, argued the cause for appellant.

Donald H. Coulter, Grants Pass, argued the cause for respondent.

Before Schwab, Chief Judge, and Richardson and Johnson, Judges.

PER CURIAM.

Affirmed. *Hartnell v. Hartnell,* 208 Or 429, 301 P2d 1040 (1956). No costs to either party.